Summer Smith (SBN 214251)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:summer.smith@bullivant.com

Attorneys for Defendants
MARBLE MOUNTAIN RANCH, INC.,
DOUGLAS T. COLE, HEIDI A. COLE,
NORMAN D. COLE, AND CAROLYN T. COLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>MARBLE MOUNTAIN RANCH, INC.;<br>DOUGLAS T. COLE; HEIDI A. COLE;<br>NORMAN D. COLE; and CAROLYN T. COLE,<br><br>           Defendants. | Case No.: 2:21-cv-02391-WBS-DMC<br><br>**ORDER ON REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY 11 DAYS**<br><br>Current Deadline:   March 7, 2022<br>Proposed Deadline: March 14, 2022 |

The Court having reviewed the request of defendants NORMAN D. COLE and CAROLYN T. COLE to extend the time in which they may respond to the complaint, and good cause appearing therefor;

IT IS HEREBY ORDERED that the time for defendants to respond to the complaint in the caption matter is extended to March 14, 2022.

Dated: March 3, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE