Summer Smith (SBN 214251)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA  94104-4146
Telephone: 415.352.2700
Facsimile:  415.352.2701
E-mail:summer.smith@bullivant.com

Attorneys for Defendants
MARBLE MOUNTAIN RANCH, INC.,
DOUGLAS T. COLE, HEIDI A. COLE,
NORMAN D. COLE, AND CAROLYN T. COLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cv-02391-WBS-DMC |
| Plaintiff, | **ORDER ON STIPULATION EXTENDING TIME TO ANSWER TO COMPLAINT BY 7 DAYS** |
| vs. | |
| MARBLE MOUNTAIN RANCH, INC.; DOUGLAS T. COLE; HEIDI A. COLE; NORMAN D. COLE; and CAROLYN T. COLE, | Current Deadline:    March 7, 2022<br>Proposed Deadline:  March 14, 2022 |
| Defendants. | |

The Court having reviewed the stipulation of plaintiff UNITED STATES OF AMERICA and defendants MARBLE MOUNTAIN RANCH, INC.; DOUGLAS T. COLE; and HEIDI A. COLE to extend the time in which defendants may respond to the complaint, and good cause appearing therefor;

IT IS HEREBY ORDERED that the time for defendants to respond to the complaint in the caption matter is extended to March 14, 2022.

Dated:  March 3, 2022

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4884-6999-7074.1

– 1 –

ORDER ON STIPULATION EXTENDING TIME TO ANSWER COMPLAINT BY 7 DAYS
CASE NO.: 2:21-CV-02391-WBS-DMC