Summer Smith (SBN 214251)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile:    415.352.2701
E-mail:summer.smith@bullivant.com

Attorneys for Defendants
MARBLE MOUNTAIN RANCH, INC.,
DOUGLAS T. COLE, HEIDI A. COLE,
NORMAN D. COLE, CAROLYN T. COLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      vs.<br><br>MARBLE MOUNTAIN RANCH, INC.;<br>DOUGLAS T. COLE; HEIDI A. COLE;<br>NORMAN D. COLE; and CAROLYN T.<br>COLE,<br><br>              Defendants. | Case No.: 2:21-cv-02391-WBS-DMC<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED ANSWER**<br><br>Date:         October 31, 2022<br>Time:         1:30 p.m.<br>Courtroom:   5 |

THIS MATTER having come before the Court on Defendants Marble Mountain Ranch, Inc., Douglas T. Cole, Heidi A. Cole, Norman D. Cole and Carolyn T. Cole's Motion for Leave to Amend Answer, the Court having reviewed the record and file herein and having considered the following:

1. Defendants' Motion for Leave to Amend Answer (Docket No. 15);

2. Defendants' Proposed Amended Answer, Exhibit A to the motion for leave to amend;

///

///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants Motion for
2 Leave to Amend Answer is granted, and **the October 31, 2022 hearing date is vacated.**
3  IT IS FURTHER ORDERED that defendants are hereby granted leave to file their
4 Amended Answer in the form attached to defendants' motion as Exhibit A.
5 IT IS SO ORDERED.

7 Dated: September 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE