Andrew B. Downs, SBN 111435
E-mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants Marble Mountain Ranch, Inc., Douglas T. Cole, Heidi A. Cole, Norman D. Cole, Carolyn T. Cole

PHILLIP A. TALBERT
United States Attorney
EMILIA P.E. MORRIS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4084
Facsimile: (559) 497-4099

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cv-02391-WBS-DMC |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |
| vs. | |
| MARBLE MOUNTAIN RANCH, INC.; DOUGLAS T. COLE; HEIDI A. COLE; NORMAN D. COLE; and CAROLYN T. COLE, | |
| Defendants. | |

Plaintiff United States of America and defendants Marble Mountain Ranch, Inc., Douglas T. Cole, Heidi A. Cole, Norman D. Cole, and Carolyn T. Cole stipulate as follows:

1.  On April 21, 2022 the Court entered a Scheduling Order (ECF 14) which set the following dates:

| | |
|---|---|
| Initial Disclosures | May 4, 2022 |
| Expert Disclosures | December 27, 2022 |
| Rebuttal Expert Disclosures | January 27, 2023 |
| Close of All Discovery/Discovery Motions | February 27, 2023 |
| Last Day to File Motions | April 17, 2023 |
| Final Pretrial Conference | June 20, 2023 |
| Trial | August 15, 2023 |

2.  Since entry of the Scheduling Order, Summer Smith, the attorney who had been representing defendants has left Bullivant Houser Bailey PC and has been replaced by Andrew B. Downs of that firm.

3.  Mr. Downs has conflicts with both the trial date and the Pretrial conference, to wit:

   a.  Mr. Downs' youngest daughter is scheduled to graduate from the University of St. Andrews in Scotland, on June 15, 2023 and plans have already been made for a family vacation abroad which will run through July 5, 2023.

   b.  Mr. Downs is double set for trial in Orange County Superior Court (*Renee Mascolo v. The Hartford*, No. 30-2021-01237285-CU-BC-CJC) and Napa County Superior Court (*Calistoga Ranch Owner, LLC, et al. v. AIG Specialty Insurance Company, et al.*, No. 21CV001530) on August 14, 2023.

4.  The parties have been actively engaged in discovery, including a site inspection on November 30, 2022, and depositions are set in early January.

1  5.  The parties believe an extension of approximately 30 days of the current deadlines is in the interest of justice and will not materially delay the conclusion of this matter. The parties propose the following schedule:

|  | Current Date | Proposed Date |
|---|---|---|
| Initial Disclosures | May 4, 2022 | No change |
| Expert Disclosures | December 27, 2022 | January 27, 2023 |
| Rebuttal Expert Disclosures | January 27, 2023 | February 27, 2023 |
| Close of All Discovery/Discovery Motions | February 27, 2023 | March 27, 2023 |
| Last Day to File Motions | April 17, 2023 | May 15, 2023 |
| Final Pretrial Conference | June 20, 2023 | July 18, 2023 |
| Trial | August 15, 2023 | September 19, 2023 |

DATED:  December 8, 2022

BULLIVANT HOUSER BAILEY PC


By */s/ Andrew B. Downs*
    Andrew B. Downs

Attorneys for Defendants Marble Mountain Ranch, Inc., Douglas T. Cole, Heidi A. Cole, Norman D. Cole, Carolyn T. Cole

DATED:  December 9, 2022

```
                                PHILLIP A. TALBERT
                                United States Attorney


                                By /s/ Emilia P. E. Morris* (*ABD)
                                   Emilia P. E. Morris
                                   Assistant United States
                                   Attorney

                                Attorneys for Plaintiff United
                                States of America
```

### ORDER

Good cause appearing, and the parties having stipulated,

IT IS HEREBY ORDERED that the Scheduling Order (ECF 14) is modified as follows:

|  | Current Date | Proposed Date |
| --- | --- | --- |
| Initial Disclosures | May 4, 2022 | No change |
| Expert Disclosures | December 27, 2022 | January 27, 2023 |
| Rebuttal Expert Disclosures | January 27, 2023 | February 27, 2023 |
| Close of All Discovery/Discovery Motions | February 27, 2023 | March 27, 2023 |
| Last Day to File Motions | April 17, 2023 | May 15, 2023 |
| Final Pretrial Conference (1:30 p.m.) | June 20, 2023 | **July 17, 2023** |
| Trial (9:00 a.m.) | August 15, 2023 | **September 19, 2023** |

IT IS SO ORDERED.

Dated:  December 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE