PHILLIP A. TALBERT
United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4084
Facsimile: (559) 497-4099

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Andrew B. Downs
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA   94104-4146
Telephone:  (415) 352-2700
Facsimile:  (415) 352-2701

Attorneys for Defendants
MARBLE MOUNTAIN RANCH, INC.,
DOUGLAS T. COLE, HEIDI A. COLE,
NORMAN D. COLE, AND CAROLYN T. COLE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARBLE MOUNTAIN RANCH, INC., *et al.*,<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:21-cv-02391-WBS-DMC<br><br>**ORDER GRANTING ADDITIONAL SIXTY DAYS TO FINALIZE AND FILE DISPOSITIONAL DOCUMENTS** |

Having considered the request of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that the parties shall have until and including November 13, 2023, within which to finalize and file dispositional documents in this action.  The Status Conference is reset for **November 20, 2023 at 1:30 p.m.** pending submission of the stipulated dismissal.

ORDER

1

**IT IS SO ORDERED.**

Dated: September 12, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE