1 PHILLIP A. TALBERT
United States Attorney
2 EMILIA P. E. MORRIS
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4084
Facsimile: (559) 497-4099
5
Attorneys for Plaintiff
6 UNITED STATES OF AMERICA

7 Andrew B. Downs
BULLIVANT HOUSER BAILEY PC
8 101 Montgomery Street, Suite 2600
San Francisco, CA   94104-4146
9 Telephone:  (415) 352-2700
10 Facsimile:  (415) 352-2701

11 Attorneys for Defendants
MARBLE MOUNTAIN RANCH, INC.,
12 DOUGLAS T. COLE, HEIDI A. COLE,
NORMAN D. COLE, AND CAROLYN T.
13 COLE

14

15

16 IN THE UNITED STATES DISTRICT COURT

17 EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARBLE MOUNTAIN RANCH, INC., *et al.*,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:21-cv-02391-WBS-DMC<br><br>**SECOND ORDER GRANTING ADDITIONAL SIXTY DAYS TO FINALIZE AND FILE DISPOSITIONAL DOCUMENTS** |

1    Having considered the request of the parties and for good cause shown,

2    **IT IS HEREBY ORDERED** that the parties shall have until and including **January 12, 2024**,

3 within which to finalize and file dispositional documents in this action.  The Status Conference Re

4 Settlement is RESET for **January 29, 2024 at 1:30 p.m**. in Courtroom 5 (WBS), pending submission of

5 the stipulated dismissal.

7 **IT IS SO ORDERED.**

9 Dated:  November 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE