1  PHILLIP A. TALBERT
   United States Attorney
2  EMILIA P. E. MORRIS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4084
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  UNITED STATES OF AMERICA

7  Andrew B. Downs
   BULLIVANT HOUSER BAILEY PC
8  101 Montgomery Street, Suite 2600
   San Francisco, CA   94104-4146
9  Telephone:  (415) 352-2700
10 Facsimile:  (415) 352-2701

11 Attorneys for Defendants
   MARBLE MOUNTAIN RANCH, INC.,
12 DOUGLAS T. COLE, HEIDI A. COLE,
   NORMAN D. COLE, AND CAROLYN T.
13 COLE

14

15

16            IN THE UNITED STATES DISTRICT COURT

17               EASTERN DISTRICT OF CALIFORNIA

18

19 | UNITED STATES OF AMERICA, | CASE NO. 2:21-cv-02391-WBS-DMC
20 |                  Plaintiff,  |
21 | v.                           | **THIRD ORDER GRANTING ADDITIONAL SIXTY DAYS TO FINALIZE AND FILE DISPOSITIONAL DOCUMENTS**
22 | MARBLE MOUNTAIN RANCH, INC., *et al.*, |
23 |                  Defendants. |

THIRD ORDER                                  1

Having considered the request of the parties and for good cause shown,

IT IS HEREBY ORDERED that the parties shall have until and including March 12, 2024, within which to finalize and file dispositional documents in this action.

IT IS FURTHER ORDERED that the Status Conference Re Settlement is RESET for March 25, 2024 at 1:30 p.m. in Courtroom 5 (WBS), pending submission of the stipulated dismissal.

**IT IS SO ORDERED.**

Dated: January 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE